| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>EFRAIN CRESPO, JR.<br>NICOLE A. ASCIOLLLA-CRESPO | Case No.:  19-28202<br><br>Adv. No.:<br><br>Hearing Date:  02/24/2022<br><br>Judge:  JKS |

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/10/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
EFRAIN CRESPO, JR.
NICOLE A. ASCIOLLLA-CRESPO
236 NORTH 17TH STREET, APT. 3
BLOOMFIELD, NJ  07003
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MICHAEL SCHWARTZBERG
650 BLOOMFIELD AVENUE
SUITE 100
BLOOMFIELD, NJ  07003
Mode of Service:  ECF and/or Regular Mail

Dated:  January 10, 2022

By:  /S/  Jackie Michaels
     Jackie Michaels