**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on February 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   EFRAIN CRESPO, JR.
   NICOLE A. ASCIOLLLA-CRESPO

Case No.:  19-28202 JKS

Hearing Date:  2/24/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: February 25, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): EFRAIN CRESPO, JR.
NICOLE A. ASCIOLLLA-CRESPO

Case No.: 19-28202

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/24/2022 on notice to MICHAEL SCHWARTZBERG, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.