| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |

Order Filed on February 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    EFRAIN CRESPO, JR.
    NICOLE A. ASCIOLLLA-CRESPO

Case No.:  19-28202 JKS

Hearing Date:  2/24/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 25, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  EFRAIN CRESPO, JR.
            NICOLE A. ASCIOLLLA-CRESPO

Case No.: 19-28202

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/24/2022 on notice to MICHAEL SCHWARTZBERG, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 19-28202-JKS

Efrain Crespo, Jr.                                                                                          Chapter 13

Nicole A. Asciollla-Crespo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                                User: admin                                                Page 1 of 2

Date Rcvd: Feb 25, 2022                              Form ID: pdf903                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**            **Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

**Recip ID**                 **Recipient Name and Address**
db/jdb                   + Efrain Crespo, Jr., Nicole A. Asciollla-Crespo, 236 North 17th Street, Apt. 3, Bloomfield, NJ 07003-5982

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022                              Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

**Name**                             **Email Address**

Denise E. Carlon

                                   on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ revolving Home Equity Loan Trust  Series 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald

                                   on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ revolving Home Equity Loan Trust  Series 2006-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

                                   magecf@magtrustee.com

Michael Schwartzberg

                                   on behalf of Debtor Efrain Crespo  Jr. michael@jerseylaws.com

Michael Schwartzberg

                                   on behalf of Joint Debtor Nicole A. Asciollla-Crespo michael@jerseylaws.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 25, 2022 | Form ID: pdf903 | Total Noticed: 1

Shauna M Deluca
    on behalf of Creditor U.S. Bank National Association sdeluca@raslg.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8