Order Filed on December 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Michael Schwartzberg, Esq. (MS 5043) <br> 650 Bloomfield Avenue, Suite 100 <br> Bloomfield, NJ 07003 <br> (973) 743-7733 | |
| In Re: <br><br> Efrain Crespo, Jr. <br> Nicole A. Asciolla-Crespo | Case No: 19-28202 <br> Chapter: 13 <br> Hearing Date: <br> Judge: JKS |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 16, 2022**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

The debtors having filed a Motion to Cancel or Discharge Mortgage or Lien (Dkt. #39), and no objections to the Motion having been filed, and the Debtors having successfully completed their Chapter 13 plan, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 236 North 17th Street, Bloomfield, New Jersey 07003

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: MERS for Countrywide Bank, NA
   b. Current Assignee: The Bank of New York Mellon
   c. Current Servicer: Specialized Loan Servicing
   d. Date of Mortgage/Lien: September 28, 2006
   e. Date of Recordation: December 7, 2006
   f. Place of Recordation: Essex County, New Jersey
      i. Mortgage Book: 12005
      ii. Page: 7486
   g. Original Principal Balance of Mortgage/Lien: $ $63,500

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*