**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael Schwartzberg, Esq. (MS 5043)
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
(973) 743-7733

In Re:

Efrain Crespo, Jr.
Nicole A. Asciolla-Crespo

**Order Filed on December 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 19-28202

Chapter: 13

Hearing Date: _____

Judge: JKS

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 16, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The debtors having filed a Motion to Cancel or Discharge Mortgage or Lien (Dkt. #39), and no objections to the Motion having been filed, and the Debtors having successfully completed their Chapter 13 plan, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address): 236 North 17th Street, Bloomfield, New Jersey 07003

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: MERS for Countrywide Bank, NA
b. Current Assignee: The Bank of New York Mellon
c. Current Servicer: Specialized Loan Servicing
d. Date of Mortgage/Lien: September 28, 2006
e. Date of Recordation: December 7, 2006
f. Place of Recordation: Essex County, New Jersey
   i. Mortgage Book: 12005
   ii. Page: 7486
g. Original Principal Balance of Mortgage/Lien: $ $63,500

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28202-JKS |
| Efrain Crespo, Jr. | Chapter 13 |
| Nicole A. Asciollla-Crespo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Efrain Crespo, Jr., Nicole A. Asciollla-Crespo, 236 North 17th Street, Apt. 3, Bloomfield, NJ 07003-5982 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ revolving Home Equity Loan Trust  Series 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ revolving Home Equity Loan Trust  Series 2006-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank National Association  as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-18N k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association  as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-18N bkyecf@raslaw.com, bkyecf@raslaw.com;legerman@raslg.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael Schwartzberg
    on behalf of Debtor Efrain Crespo Jr. michael@jerseylaws.com

Michael Schwartzberg
    on behalf of Joint Debtor Nicole A. Asciollla-Crespo michael@jerseylaws.com

Shauna M Deluca
    on behalf of Creditor U.S. Bank National Association sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10