**MICHAEL SCHWARTZBERG, ESQ.**
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
Tel: 973-743-7733
Fax: 973-743-9327
michael@jerseylaws.com

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2022 DEC 22  P 2:44
JEANNE A. NAUGHTON
BY:_____
DEPUTY CLERK

December 19, 2022

Bankruptcy Court Clerk
50 Walnut Street
Newark, NJ 07102

Re:   Efrain Crespo
      Case No. 19-28202

Dear Sir/Madam:

Please be kind enough to a certified copy of the within Order to Discharge Lien so that same may be recorded with the county clerk's office. My check for $12 is enclosed to cover the fee.

If you have any questions please do not hesitate to contact me. Thank you for your cooperation in this regard.

Very truly yours,

Michael Schwartzberg