Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28202−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Efrain Crespo Jr.
236 North 17th Street, Apt. 3
Bloomfield, NJ 07003

Nicole A. Asciollla−Crespo
aka Nicole A. Asciolla
236 North 17th Street, Apt. 3
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−8991

xxx−xx−3251

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 5, 2023

John K. Sherwood
Judge, United States Bankruptcy Court